15 So.2d 922

**Mildred DUNLAP v. STATE.**
4 Div. 788.

Court of Appeals of Alabama.
Nov. 9, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

20 So.2d 892

**James DUTTON v. STATE.**
6 Div. 179.

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

12 So.2d 870

**Theo DYE v. STATE.**
8 Div. 312.

Court of Appeals of Alabama.
March 2, 1943.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 871

**Theo DYE v. STATE.**
8 Div. 314.

Court of Appeals of Alabama.
March 2, 1943.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

17 So.2d 184

**Robert EASON v. STATE.**
8 Div. 304.

Court of Appeals of Alabama.
Jan. 18, 1944.

W. W. Malone, Jr. and W. W. Malone, both of Athens, for appellant.
Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 892

**Lou Ella EATON v. STATE.**
7 Div. 821.

Court of Appeals of Alabama.
Jan. 16, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.